AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

*filed in open court 6/30/04*

### APPEARANCE

Case Number: 04-1801-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Baldassaro

I certify that I am admitted to practice in this court.

06/30/04
Date

Signature: *Paul F. Denola*

Print Name: Paul F. Denola    Bar Number: 652165

Address: 205 Portland St.

City: Boston   State: MA   Zip Code: 02114

Phone Number: 617-523-1500    Fax Number: 617-523-2400