# UNITED STATES DISTRICT COURT

CRIMINAL NO: 04-M-1809-CBS

UNITED STATES OF AMERICA

v.

JOSEPH BALDASSANO

## NOTICE OF WITHDRAWAL

Now comes the undersigned, counsel for the defendant, Joseph Baldassano, and submits this Notice of Withdrawal upon the filing of a Notice of Appearance by Attorney Elliot M. Weinstein.

Respectfully Submitted,

Paul F. Zerola, Esq., BBO# 652165
JOYCE & ZEROLA, P.C.
205 Portland Street, Fifth Floor
Boston, MA 02114
(617) 523-1500
Dated: July 30, 2004