kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

9.  The defendant GUISEPPE TORRENTE is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

10.  The defendant JARED KNOWLTON is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

11.  The defendant ARCHIBALD MACLEOD is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

12.  The defendant JONATHAN MITCHELL is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000

kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

13.  The defendant JAMES GARDNER is accountable for
a quantity of oxycodone that, when converted to marijuana as
provided by USSG §2D1.1 (drug equivalency table), is equivalent
to at least 3,000 kilograms of marijuana but less than 10,000
kilograms of marijuana.  Accordingly, USSG §2D1.1(c)(3) applies
to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
DAVID G. TOBIN
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS; September 22, 2004.


    Returned into the District Court by the Grand Jurors and
filed.

_____
DEPUTY CLERK

9/22/04
@ 12:25 pm

-25-

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                                     **U.S. District Court - District of Massachusetts**

04 CR 1 0288 SNG

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester

**County** Essex                    **Related Case Information:**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Espinola, Carlos          Juvenile  [ ] Yes  [X] No

**Alias Name** _____

**Address** 63 Endicott Street, Peabody, Massachusetts

**Birth date (Year only):** 1977  **SSN (last 4 #):** 3506  **Sex** M  **Race:** W          **Nationality:** _____

**Defense Counsel if known:** Bradford E. Keene          **Address:** 220 Broadway, Suite 402
                                                                        Lynnfield, MA 01940

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:** [ ] Yes  [X] No          **List language and/or dialect:** _____

**Matter to be SEALED:** [ ] Yes  [X] No

[ ] **Warrant Requested**          [ ] **Regular Process**          [X] **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

[X] **Already in Federal Custody as** of 06/30/04          in  Boston, MA .
[ ] **Already in State Custody** _____   [ ] **Serving Sentence**   [ ] **Awaiting Trial**
[ ] **On Pretrial Release:  Ordered by** _____   on _____

**Charging Document:**   [ ] **Complaint**   [ ] **Information**   [X] **Indictment**

**Total # of Counts:**   [ ] **Petty** _____   [ ] **Misdemeanor** _____   [X] **Felony** 1

**Continue on Page 2 for Entry of U.S.C. Citations**

[X]    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Espinola, Carlos _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Consp. to Possess w/ Int. to Dist., and to Dist.,Oxycodone | 1 |
| Set 2 | 21 U.S.C. § 853 | Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1028 8 NG **U.S. District Court - District of Massachusetts**

Place of Offense: __Peabody__    Category No. __II__    Investigating Agency __DEA__

City __Peabody__

County __Essex__

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jose F. Melo__    Juvenile ☐ Yes ☒ No

Alias Name __Jose Mello__

Address __20 Tracey Street, Apt. 1, Peabody, MA__

Birth date (Year only): __1976__  SSN (last 4 #): __3506__  Sex __M__  Race: __W__    Nationality: _____

Defense Counsel if known: __Stephen Neyman__    Address: __160 State Street, 8th Floor__
__Boston, MA  01209__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__    Bar Number if applicable __552558__

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date: __06/30/04__

☒ Already in Federal Custody as __of 06/30/04__ in __Boston, MA__ .
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __3__

**Continue on Page 2 for Entry of U.S.C. Citations**

☐    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  __09/22/04__    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**     Jose F. Melo _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. Dist, and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 16 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone  + Aiding/Abetting | 17 |
| Set 4  21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Melo JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:** Gloucester          **Category No.** II          **Investigating Agency** DEA

**City** Gloucester                    **Related Case Information:**

**County** Essex                    Superseding Ind./ Inf. _____   Case No. _____
                                    Same Defendant _____   New Defendant _____
                                    Magistrate Judge Case Number   04-MJ-01809-CBS
                                    Search Warrant Case Number _____
                                    R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Joseph Baldassano                    Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address** 220 Washington Street, Gloucester, MA

**Birth date (Year only):** 1981   **SSN (last 4 #):** 9858   **Sex** M   **Race:** W   **Nationality:** _____

**Defense Counsel if known:** Elliot M. Weinstein          **Address:** 228 Lewis Wharf
                                                                    Boston, MA  02110

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** David G. Tobin          **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

          ☐ **Warrant Requested**          ☐ **Regular Process**          ☒ **In Custody**

**Location Status:**

**Arrest Date:** 06/30/04

☒ **Already in Federal Custody as** of 06/30/04          in   Boston, MA          .
☐ **Already in State Custody** _____   ☐ **Serving Sentence**   ☐ **Awaiting Trial**
☐ **On Pretrial Release:   Ordered by** _____   **on** _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   4

### Continue on Page 2 for Entry of U.S.C. Citations

☐          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:** 09/22/04          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy clerk):** _____

**Name of Defendant**    Joseph Baldassano _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2    21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 5 |
| Set 3    21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 16 |
| Set 4    21 USC § 841(a)(1) | Dist. Oxycodone + Aiding and Abetting | 17 |
| Set 5    21 USC § 853 | Forfeiture Allegation | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Baldassano JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# 04 CR 1028 8 U.S. District Court - District of Massachusetts

**Criminal Case Cover Sheet**

**Place of Offense:** Gloucester     **Category No.** II     **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

| | |
|---|---|
| Superseding Ind./ Inf. | Case No. |
| Same Defendant | New Defendant |
| Magistrate Judge Case Number | 04-MJ-01809-CBS |
| Search Warrant Case Number | |
| R 20/R 40 from District of | |

## Defendant Information:

**Defendant Name** Matthew Cream     Juvenile ☐ Yes ☒ No

**Alias Name** _____

**Address** 16 Harrison Avenue, Gloucester, MA

**Birth date (Year only):** 1981   **SSN (last 4 #):** 7776   **Sex** M   **Race:** W   **Nationality:** _____

**Defense Counsel if known:** Bruce G. Linson     **Address:** 220 Commercial Street
    Boston, MA 02109

**Bar Number:** _____

## U.S. Attorney Information:

**AUSA** David G. Tobin     **Bar Number if applicable** 552558

**Interpreter:** ☐ Yes ☒ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

## Location Status:

**Arrest Date:** 07/02/04 _____ in _____ .

☐ Already in Federal Custody as _____

☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial

☒ On Pretrial Release: **Ordered by** CBS    on 07/23/04

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 3

### Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04     **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet** 04 CR 1 0288 9NG **U.S. District Court - District of Massachusetts**

**Place of Offense:** __Gloucester__    **Category No.** __II__    **Investigating Agency** __DEA__

**City** __Gloucester__    **Related Case Information:**

**County** __Essex__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number __04-MJ-01809-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Jason Matthews__    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __57 Prospect Street, Apt. 1, Gloucester, MA__

Birth date (Year only): __1980__  SSN (last 4 #): __4102__  Sex __M__  Race: __W__  Nationality: _____

**Defense Counsel if known:** __Richard M. Welsh__    **Address:** __80 Worcester Street, Suite 5__
__North Grafton, MA 01536__

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** __David G. Tobin__    **Bar Number if applicable** __552558__

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** __07/02/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __CBS__  on __07/12/04__

**Charging Document:**  ☐ Complaint  ☐ Information  ☒ Indictment

**Total # of Counts:**  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:** 09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Jason Matthews _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 853 | Forfeiture Allegation | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Matthews JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**    01 CR 10288 NG    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester

**County** Essex

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number    04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Joseph Allen    Juvenile ☐ Yes   ☒ No

Alias Name _____

Address   8 Reservoir Road, Gloucester, MA

Birth date (Year only): 1978   SSN (last 4 #): 2491   Sex M   Race: W   Nationality: _____

**Defense Counsel if known:**   James L. Sultan    **Address:**  1 Commercial Wharf North
Boston, MA 02110

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**   David G. Tobin    **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**   07/02/04

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  RWZ   on  08/09/04

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  09/22/04    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Joseph Allen    _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 16 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 17 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Allen JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/18/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  II          Investigating Agency  DEA

City   Gloucester                      **Related Case Information:**

County   Essex                         Superseding Ind./ Inf.  _____     Case No.  _____
                                       Same Defendant  _____  New Defendant  _____
                                       Magistrate Judge Case Number   04-MJ-01809-CBS
                                       Search Warrant Case Number  _____
                                       R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Keith Behsman                    Juvenile   ☐ Yes   ☒ No

Alias Name  _____

Address   40 Sarah Avenue, Lowell, Massachusetts  _____

Birth date (Year only):   1978  SSN (last 4 #):   4464  Sex  M  Race:   B  _____  Nationality:  _____

**Defense Counsel if known:**   Michael C. Bourbeau          **Address:**  21 Union Street
                                                                       Boston, MA  02108
**Bar Number:**  _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                    **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No          **List language and/or dialect:**  _____

**Matter to be SEALED:**   ☐ Yes   ☒ No

          ☐ Warrant Requested          ☐ Regular Process          ☒ In Custody

**Location Status:**

**Arrest Date:**   06/30/04  _____

☒ Already in Federal Custody as   of 06/30/04          in   Boston, MA          .
☐ Already in State Custody  _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by  _____   on  _____

**Charging Document:**   ☐ Complaint       ☐ Information       ☒ Indictment

**Total # of Counts:**   ☐ Petty  _____   ☐ Misdemeanor  _____   ☒ Felony   9

**Continue on Page 2 for Entry of U.S.C. Citations**

☐       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

**Date:**  09/22/04                    **Signature of AUSA:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _Keith Behsman_ _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2  21 USC § 841(a)(1) | Distribution of Oxycodone | 2 |
| Set 3  21 USC § 841(a)(1) | Distribution of Oxycodone | 3 |
| Set 4  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 5  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 6  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 7  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 8  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 9  21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 10 |
| Set 10  21 USC § 853 | Forfeiture Allegation | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

Behsman JS45.wpd - 1/15/04 (USAO-MA)

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**  Peabody              **Category No.**  II              **Investigating Agency**  DEA

**City**  Peabody                 **Related Case Information:**

**County**  Essex                 Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jonathan Mitchell                 Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address   5 Exchange Street, Gloucester, MA

Birth date (Year only):  1979  SSN (last 4 #):  7923  Sex  M  Race:  W        Nationality: _____

**Defense Counsel if known:**   Edward J. O'Reilly       **Address:**  46 Middle Street, 2nd Floor
                                                                              Gloucester, MA  01930

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                 **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ **Already in Federal Custody as** _____  **in** _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**   **Ordered by**  CBS                 **on**  07/02/04

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  3

**Continue on Page 2 for Entry of U.S.C. Citations**

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
         accurately set forth above.

**Date:**  09/22/04                 **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Jonathan Mitchell _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 5 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 7 |
| Set 4 | 21 USC 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04 CR 1 0 2 8 8 NG**

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __Gloucester__         Category No. __II__         Investigating Agency __DEA__

City __Gloucester__                    **Related Case Information:**

County __Essex__              Superseding Ind./ Inf. _____    Case No. _____
                             Same Defendant _____  New Defendant _____
                             Magistrate Judge Case Number __04-MJ-01809-CBS__
                             Search Warrant Case Number _____
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __James R. Gardner__              Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address __14 Centennial Avenue, Apartment 1, Gloucester, MA__

Birth date (Year only): __1978__  SSN (last 4 #): __7752__  Sex __M__  Race: __W__  Nationality: _____

Defense Counsel if known: __Theodore W. Beauparlant__    Address: __166 Kenoza Avenue__
                                                                  __Haverhill, MA  01830__
Bar Number: _____

**U.S. Attorney Information:**

AUSA __David G. Tobin__              Bar Number if applicable __552558__

Interpreter:  ☐ Yes  ☒ No       List language and/or dialect: _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

        ☐ Warrant Requested       ☒ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: __06/30/04__

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by __CBS__  on __07/02/04__

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __2__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/22/04__              Signature of AUSA:

. JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    James R. Gardner _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 8 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Gardner JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 1/15/04)

**Criminal Case Sheet**   **04 CR 1 0 2 8 G N G**   **U.S. District Court - District of Massachusetts**

**Place of Offense:** Gloucester    **Category No.** II    **Investigating Agency** DEA

**City** Gloucester    **Related Case Information:**

**County** Essex    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   04-MJ-01809-CBS
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Philip R. Albert, Jr.    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address   10 Babson Street, Gloucester, MA

Birth date (Year only):  1977  SSN (last 4 #):  8899  Sex  M  Race:  W    Nationality: _____

**Defense Counsel if known:**  John Andrews & Marc Salinas    **Address:** 70 Washington Street, Suite 211
Salem, MA 01970

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin    **Bar Number if applicable**  552558

**Interpreter:**  ☐ Yes  ☒ No    **List language and/or dialect:** _____

**Matter to be SEALED:**  ☐ Yes  ☒ No

    ☐ **Warrant Requested**    ☒ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:**   06/30/04

☐ **Already in Federal Custody as** _____  in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☒ **On Pretrial Release:**  **Ordered by**  CBS    **on**  07/02/04

**Charging Document:**   ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

**Date:**  09/22/04    **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Philip R. Albert, Jr. _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2    21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 4 |
| Set 3    21 USC 853 | Forfeiture Allegation | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

Albert JS45.wpd - 1/15/04 (USAO-MA)

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# 04 CR 10288 NG

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Peabody          **Category No.** II          **Investigating Agency** DEA

**City** Peabody                          **Related Case Information:**

**County** Essex                          Superseding Ind./ Inf. _____  Case No. _____
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number   04-MJ-01809-CBS
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Jared Knowlton                    Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address    11 Tolman Avenue, Gloucester, MA

Birth date (Year only):   1974   SSN (last 4 #):   1719   Sex  M  Race: _____   Nationality: _____

**Defense Counsel if known:**   Michael F. Natola        **Address:** 240 Commercial Street, Suite 2B
                                                          Boston, MA  02109

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  David G. Tobin                 **Bar Number if applicable**  552558

**Interpreter:**   ☐ Yes  ☒ No        **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes  ☒ No

        ☐ **Warrant Requested**        ☒ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:**    06/30/04

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS        on   07/02/04

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   2

**Continue on Page 2 for Entry of U.S.C. Citations**

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  09/22/04                **Signature of AUSA:**

JS 45 (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>Jared Knowlton</u>_____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 6 |
| Set 3 | 21 USC 853 | Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

Place of Offense: <u>Gloucester</u>      Category No. <u>II</u>      Investigating Agency <u>DEA</u>

City <u>Gloucester</u>      **Related Case Information:**

County <u>Essex</u>      Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number <u>04-MJ-01809-CBS</u>
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name <u>Archibald MacLeod</u>      Juvenile ☐ Yes ☐ No

Alias Name _____

Address <u>124-Rear Centennial Avenue, Gloucester, MA</u>

Birth date (Year only): _____ SSN (last 4 #): _____ Sex ___ Race: _____ Nationality: _____

**Defense Counsel if known:**   Roger Witkin      Address: <u>6 Beacon Street, Suite 1010</u>
<u>Boston, MA 02108</u>

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA <u>David G. Tobin</u>      Bar Number if applicable <u>552558</u>

**Interpreter:** ☐ Yes ☒ No      List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes ☒ No

    ☐ **Warrant Requested**     ☒ **Regular Process**     ☐ **In Custody**

**Location Status:**

**Arrest Date:** <u>07/12/04</u>

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release: Ordered by <u>CBS</u> on <u>07/12/04</u>

**Charging Document:** ☐ Complaint ☐ Information ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony <u>5</u>

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 09/22/04      **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Archibald MacLeod _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 9 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 13 |
| Set 4 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 14 |
| Set 5 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 15 |
| Set 6 | 21 USC § 853 | Forfeiture Allegation | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                               **U.S. District Court - District of Massachusetts**

Place of Offense:  Gloucester          Category No.  2          Investigating Agency  DEA

City   Gloucester                          Related Case Information:

County   Essex                            Superseding Ind./ Inf. _____   Case No. _____
                                          Same Defendant _____  New Defendant _____
                                          Magistrate Judge Case Number   04-MJ-01809-CBS
                                          Search Warrant Case Number _____
                                          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Giuseppe S. Torrente                     Juvenile   ☐ Yes   ☒ No

Alias Name   Joseph Torrente

Address   9 Fleetwood Drive, Gloucester, MA

Birth date (Year only):  1980  SSN (last 4 #):  9986  Sex  M  Race:   W          Nationality: _____

**Defense Counsel if known:**   Stephen D. Judge          Address:  23 Central Avenue #605
                                                                   Lynn, MA  01901
**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   David G. Tobin                     Bar Number if applicable  552558

Interpreter:   ☐ Yes  ☒ No          List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

          ☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**   07/15/04

☐ Already in Federal Custody as _____  in _____ .
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☒ On Pretrial Release:   Ordered by  CBS          on  07/15/04

**Charging Document:**   ☐ Complaint          ☐ Information          ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒      I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

**Date:**  09/22/04          **Signature of AUSA:**

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    Giuseppe S. Torrente _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Consp. to Poss. w/Int. to Dist., and to Dist., Oxycodone | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Oxycodone + Aiding and Abetting | 11 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Oxycodone | 12 |
| Set 4 | 21 USC § 853 | Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Torrente JS45.wpd - 1/15/04 (USAO-MA)