# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        Plaintiff,        CRIMINAL ACTION
v.                               NO. 04-10288-NG

JOSEPH BALDASSANO
JAMES GARDNER
PHILIP ALBERT, JR.
ARCHIBALD MACLEOD

        Defendant,

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main Street           Date and Time:
Worcester, MA 01608      **October 12, 2004, 12:00 P.M.**
_____
Type of Proceeding:

**ARRAIGNMENT**


_____
                        CHARLES B. SWARTWOOD, III
                        MAGISTRATE JUDGE


<u>September 28, 2004</u>      <u>/s/ Lisa B. Roland</u>
Date                       Lisa B. Roland,
                           Deputy Clerk
                           (508) 929-9905


cc: All counsel