UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       )<br>                                    )<br>     v.                             )<br>                                    )<br>**CARLOS ESPINOLA, et al.,**         )<br>     **Defendants.**                 )  | Crim. No. 04-10288-NG |

GERTNER, D.J.:

**ORDER OF RECUSAL**

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

**Date: October 25, 2004**          **/s/NANCY GERTNER, U.S.D.J.**