UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                             CR. NO. 04-10288-RWZ

JOSEPH BALDASSANO

DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Joseph Baldassano, by his attorney, moves that this Court modify his conditions of release to permit him to attend a therapy evaluation session at Addison Gilbert Hospital, Health and Education Services on March 21, 2005 at 3:00 p.m. Mr. Baldassano requests permission to leave home confinement at 2:00 p.m. and return not later than 6:00 p.m.

JOSEPH BALDASSANO
By his attorney,

 /s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334