UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CR. NO. 04-10288-RWZ

JOSEPH BALDASSANO

DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE
(ASSENTED TO)

Defendant Joseph Baldassano, by his attorney, moves that this Court modify his conditions of release to permit him to attend a therapy session at Addison Gilbert Hospital, Health and Education Services on April 21, 2005 at 3:00 p.m.  Mr. Baldassano requests permission to leave home confinement at 2:00 p.m. and return not later than 6:00 p.m.

The government (ADA David Tobin) assents to this request.

JOSEPH BALDASSANO
By his attorney,


 /s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

April 8, 2005