UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              CR. NO. 04-10288-RWZ

JOSEPH BALDASSANO

## MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Joseph Baldassano, by his attorney, moves that this Court modify his conditions of pretrial release to attend his niece's first communion on May 1, 2005.

Mr. Baldassano requests permission to leave home confinement at 10:00 a.m., travel with his family to Holy Family Church, Gloucester, a reception at Carrabba's, Peabody, and return home not later than 5:00 p.m.

JOSEPH BALDASSANO
By his attorney,

 /s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

April 20, 2005