UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                                           CR. NO. 04-10288-RWZ

JOSEPH BALDASSANO

DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE
(ASSENTED TO)

Defendant Joseph Baldassano, by his attorney, moves that this Court modify his conditions of release to permit him to attend weekly therapy sessions at Addison Gilbert Hospital, Health and Education Services each Thursday at 3:00 p.m. commencing June 16, 2005. Mr. Baldassano requests permission to leave home confinement at 2:00 p.m. and return not later than 6:00 p.m.

The government (ADA David Tobin) assents to this request.

JOSEPH BALDASSANO
By his attorney,

 /s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

June 10, 2005