UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          04 CR 10288-RWZ

JOSEPH BALDASSANO

<u>DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE
(ASSENTED TO BY PRE-TRIAL SERVICES OFFICER)</u>

Defendant Joseph Baldassano, by his attorney, moves that this Court modify his conditions of pre-trial release by eliminating the condition of home detention and electronic monitoring.

Defendant submits that instead he should be required to report as directed by the pre-trial services office and otherwise continue to abide by the conditions of release.

This motion is made with the assent of Pre-trial Services Officer Christopher Wylie.

JOSEPH BALDASSANO
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
228 Lewis Wharf
Boston, MA 02110
617-367-9334

Dated: August 28, 2005