```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 04-10288-RWZ |
| v. | ) | |
| | ) | |
| JOSEPH BALDASSANO, | ) | |
|     Defendant | ) | |
| | ) | |

**Government's Information Pursuant To 21 U.S.C. § 851**

The United States of America, by Michael J. Sullivan, United States Attorney, and Michael J. Pelgro, Assistant U.S. Attorney, hereby files this information pursuant to 21 U.S.C. § 851.

In support thereof, the government states that, on December 8, 2003, defendant Joseph Baldassano was convicted in the Gloucester District Court of the felony offense of distribution of a Class B controlled substance (to wit: OxyContin) and that he was sentenced to a one-year term of probation. The government further states that defendant Joseph Baldassano is subject to enhanced penalties by reason of this prior conviction.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney


                            By:   /s/Michael J. Pelgro
                                   Michael J. Pelgro
                                   Assistant U.S. Attorney

DATED:    March 26, 2006.

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copy will be sent to those indicated as non-registered participants as of March 26, 2006.

                                    /s/Michael J. Pelgro
                                Michael J. Pelgro
                                Assistant United States Attorney