UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                         CR. NO. 04-10288-RWZ

JOSEPH BALDASSANO

### DEFENDANT'S MOTION RE: MORTGAGE AND DEED

Defendant Joseph Baldassano, by his attorney, moves that this Court order the Clerk, United States District Court to issue a discharge of mortgage and void the quitclaim deed held by the Clerk pursuant to an escrow agreement.

As reasons therefor defendant states that both the mortgage, and escrowed quitclaim deed were conditions of his pretrial release; that he is now serving the sentence imposed by the Court; conditions of release are now moot and the requested documents should be returned and/or produced to counsel.

JOSEPH BALDASSANO
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
BBO #520400
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

*Allowed and so ordered*
*[signature] Rya W. Zobel*
*8/34/06*