## **DISCHARGE OF MORTGAGE**

I, Sarah Allison. Thornton, Clerk of Court, United States District Court for the District of Massachusetts, holder of a mortgage from Antonino Baldassano and Ignazia Baldassano, to the Clerk of the United States District Court for the District of Massachusetts, for property located at 220 Washington Street, Gloucester Massachusetts, dated December 22, 2004 and recorded in the official records of the Essex South Registry of Deeds at Book 23778 and Page 501 acknowledge satisfaction of the same.

Witness my hand and seal this __6__ day of __September__, 20__06__

                                                  Sarah Allison. Thornton, Clerk
                                                  United States District Court
                                                  District of Massachusetts

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

Date: __SEPTEMBER 6, 2006__

Then personally appeared Sarah Allison. Thornton, Clerk, and acknowledged the forgoing to be her free act and deed before me.

                                                   Notary Public
                                                  My commission expires:



DEBORAH JEANNE KEEFE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
February 9, 2012